**Donald Durrant FARROW, Plaintiff–Appellant,**

v.

**State of NORTH CAROLINA; Clerk John Doe, Clerk of Superior Court; Judge John Doe, Resident Superior Court Judge, Defendants–Appellees.**

No. 14–6355.

United States Court of Appeals, Fourth Circuit.

Submitted: June 26, 2014.

Decided: June 30, 2014.

Donald Durrant Farrow, Appellant pro se.

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald Durrant Farrow appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Farrow v. North Carolina,* No. 5:13–ct–03100–D (E.D.N.C. Feb. 18, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*